UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814



Northern District of CA
450 Golden Gate Boulevard
16th Floor, Room 1111
San Francisco, CA 94102

E-filing

RE:        VICTOR G QUIROZ vs. STATE OF CALIFORNIA
USDC No.:   2:07−CV−01166−GEB−GGH

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
August 23, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 10.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**August 23, 2007**          /s/ **D. Duong**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:   AUG 2 8 2007

NEW CASE
NUMBER:                      C 07 4453 RMW

(PR)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**

Clerk, U. S. District Court
Eastern District of California

By_____
                                    Deputy Clerk
Dated_____8/23/07_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR G. QUIROZ,

             Plaintiff,                  No. CIV S-07-1166 GEB GGH P

vs.

STATE OF CALIFORNIA , et al.,

             Defendants.          <u>ORDER</u>

_____/

        Plaintiff has filed a document entitled "Petition for Writ of Habeas Corpus

Challenging Decision to Involuntary Administer Medication." Plaintiff is presently confined at

Napa State Hospital in Napa, California. Plaintiff requests that the court prohibit doctors at Napa

State Hospital from involuntarily medicating him. The court construes this action as a civil

rights action pursuant to 42 U.S.C. § 1983.

        The federal venue statute requires that a civil action, other than one based on

diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

defendants reside in the same State, (2) a judicial district in which a substantial part of the events

or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1

1    In this case, none of the defendants reside in this district. The claim arose in Napa

2   County, which is in the Northern District of California. Therefore, plaintiff's claim should have

3   been filed in the United States District Court for the Northern District of California. In the

4   interest of justice, a federal court may transfer a complaint filed in the wrong district to the

5   correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.

6   1974).

7    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

8   United States District Court for the Northern District of California.

9   DATED:  8/22/07

10                                                            /s/ Gregory G. Hollows

11                                                            _____
                                                             UNITED STATES MAGISTRATE JUDGE

12

13   qui1166.tra

14

15

16

17

18

19

20

21

22

23

24

25

26

MIME-Version:1.0
From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@localhost.localdomain
Bcc:caed_cmecf_geb@caed.uscourts.gov,
caed_cmecf_ggh@caed.uscourts.gov
Message-Id:<1810093@caed.uscourts.gov>
Subject:Activity in Case 2:07-cv-01166-GEB-GGH (PC) Quiroz
v. State of California Order
Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for
viewing opinions.**

## U.S. District Court

## Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 8/23/2007 at 11:13 AM PDT and
filed on 8/23/2007

| | |
|---|---|
| **Case Name:** | (PC) Quiroz v. State of California |
| **Case Number:** | <u>2:07-cv-1166</u> |
| **Filer:** | |

**WARNING: CASE CLOSED on 08/23/2007**
**Document Number:** <u>10</u>

**Docket Text:**
ORDER, CASE TRANSFERRED to Northern District of of CA signed by
Judge Gregory G. Hollows on 8/22/07. Original file, certified copy of transfer
order, and docket sheet sent. CASE CLOSED. (Duong, D)

**2:07-cv-1166 Electronically filed documents will be served electronically
to:**

**2:07-cv-1166 Electronically filed documents must be served
conventionally by the filer to:**

Victor G Quiroz
NAPA STATE HOSPITAL
2100 NAPA-VALLEJO HIGHWAY
NAPA, CA 94558-6293

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=8/23/2007]
[FileNumber=1810091-0
]
[3db928ab7367d3b07ebe2889d5fdafe7f47d62990233dd17b7171e1d4fd17ef4a
65e1da59054b94f760f01da7f57b74c5a6ef15bc00364e4580165bcd2af39]]

CLOSED, HABEAS, PRISONER_CIVIL_RIGHTS

# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:07-cv-01166-GEB-GGH
# Internal Use Only

(PC) Quiroz v. State of California
Assigned to: Judge Garland E. Burrell, Jr
Referred to: Magistrate Judge Gregory G.
Hollows
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/15/2007
Date Terminated: 08/23/2007
Jury Demand: None
Nature of Suit: 550 Prisoner:
Civil Rights
Jurisdiction: Federal Question

## Plaintiff

**Victor G Quiroz**

represented by **Victor G Quiroz**
NAPA STATE HOSPITAL
2100 NAPA-VALLEJO
HIGHWAY
NAPA, CA 94558-6293
PRO SE

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California

By_____
Deputy Clerk

Dated_____8/23/07_____

## V.

## Defendant

## State of California

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2007 | ⊜1 | COMPLAINT against the State of California by Victor G Quiroz.(Cayo, A) (Entered: 06/15/2007) |
| 06/15/2007 | ⊜2 | PRISONER NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Consent Forms) (Cayo, A) (Entered: 06/15/2007) |
| | | |

| 06/15/2007 | ⊘ | SERVICE BY MAIL: 2 Prisoner New Case Documents for GEB served on Victor G Quiroz (Cayo, A) (Entered: 06/15/2007) |
|---|---|---|
| 06/22/2007 | ⊘3 | CONSENT to JURISDICTION by US MAGISTRATE JUDGE by Victor G Quiroz. (Anderson, J) (Entered: 06/25/2007) |
| 06/22/2007 | ⊘4 | REQUEST for dismissal by Victor G Quiroz. (Anderson, J) (Entered: 06/25/2007) |
| 06/29/2007 | ⊘5 | LETTER from plt Victor G. Quiror requesting for court order to have access to his legal mail, an injunction for those who are part of this case to take a polygraph examination, and to be released. (Duong, D) (Entered: 07/02/2007) |
| 06/29/2007 | ⊘6 | REQUEST for (motion) 1385 in the interest of justice by Victor G Quiroz. (Manzer, C) (Entered: 07/02/2007) |
| 07/02/2007 | ⊘7 | ORDER signed by Judge Gregory G. Hollows on 7/2/07: Plaintiff's June 14, 2007 motion for a change of venue is denied without prejudice.Plaintiff is granted thirty days from the date of service of this order to file a civil rights complaint or a habeas corpus petition. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis. The Clerk of is directed to send plaintiff the court's form for filing a civil rights action and a habeas corpus petition, and the application to proceed in forma pauperis by a prisoner.(Kaminski, H) (Entered: 07/02/2007) |
| 07/02/2007 | ⊘ | SERVICE BY MAIL: 7 Order, compl., petition, and IFP application served on Victor G Quiroz. (Kaminski, H) (Entered: 07/02/2007) |
| 07/02/2007 | ⊘8 | PETITION for WRIT of HABEAS CORPUS by Victor G Quiroz.(Kaminski, H) (Entered: 07/03/2007) |
| | | |

| 07/05/2007 | ◉9 | LETTER from Victor Quiroz (Reader, L) (Entered: 07/06/2007) |
|---|---|---|
| 08/23/2007 | ◉10 | ORDER, CASE TRANSFERRED to Northern District of of CA signed by Judge Gregory G. Hollows on 8/22/07. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Duong, D) (Entered: 08/23/2007) |
| 08/23/2007 | ◉ | SERVICE BY MAIL: 10 Order, Case Transferred Out to Another District served on Victor G Quiroz. (Duong, D) (Entered: 08/23/2007) |
| 08/23/2007 | ◉11 | TRANSMITTAL of DOCUMENTS re 10 Order, Case Transferred Out to Another District on *8/23/2007* to * Northern District of CA* *450 Golden Gate Boulevard* *16th Floor, Room 1111* *San Francisco, CA 94102*. *Electronic Documents: 1 to 10. *. (Duong, D) (Entered: 08/23/2007) |

UNITED STATES FEDERAL COURT
3HIRD DISTRICT OF SACRAMENTO

JUN 14 2007
CLERK U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

J:07 CV 1166 GEB GGH    [6-10-07]

| STATE OF CALIFORNIA | MOTION |
|---|---|
| VS | FOR CHANGE |
| VICTOR G QUIROZ | OF VENUE |
| | STATUTORY LAW 787 |

C 07 4453 RMW

ON 11-28-06 I VICTOR G QUIROZ WAS
ARRESTED ON A 3060 PAROLE VIOLATION
+ A 245 1(A) IN WHICH HE IS NOW BEING
CHARGED WITH.                    (PR)

E-filing

I ASK THIS CHANGE OF VENUE DUE TO
BIASNESS AND DISCRIMINATION OF SAID
CONSTITUTIONAL AMENDMENTS GUAR-
RANTEED BY THE UNITED STATES CON-
STITUTION 1ST, 5TH, 6TH, 8TH, 14T
+ SEPERATION OF POWER.

I HAVE ON TRANSCRIPT ASK FOR A
DISMISSAL UNDER 1385 AND UNDER 1007
P.C. MOTION DEMURER FOR FAILURE OF
THE STATE TO STATE A PUBLIC OFFENSE
(STATUTORY LAW 787)

ALSO LET IT BE KNOWN I'VE BEEN IN-
COMPETENT TO REPRESENTS MYSELF IN
COURT PROCEEDING DUE TO (1) ONE PSY-
1 OF 4   CHOLOGIST FINDING ME INCOMPETENT TO

REPRESENT MYSELF IN PRO SE (LITIGATION)
TWO THE OTHER FOUND ME GUILTY AND
INCOMPETENT TO MY USE THAT I ASK
ED IF HE NEW WHAT TELEPATHY WAS

UPON MY LAST COURT DATE OF 2-22-07
JUDGE DAVID DE ALBA FOUND ME INCOM
PETENT TO REPRESENT MYSELF DUE TO
THESE TWO PSYCHIATRIST EVALUATION

AT THIS TIME I ASKED FOR MY OWN EXPERT
WITNESSES UNDER 1154 OF STATUTORY LAW
BUT WAS NOT HEARD AND WAS GIVEN
PUBLIC COUNSEL IN WHICH I OBJECTED
TOO. DUE TO THIS I WASNT ABLE TO
ASK FOR A 973. IN WHICH WOULD GRANT
ME A RECIPICAL HEARING AS TO THE
FACTS AGAINST DENYING ME ACCESS TO
QUESTION, CROSS-EXAMINE ALL DECLARANT
AND ANY MATERIAL EVIDENCE USED AGAIN
ME IN DETERMINING ME INCOMPETENT TO
LITIGATE MY CASE BEFORE A JURY OR COURT
JUDGE.

THESE AND MANY OTHER CIVIL RIGHTS
GUARRANTEED BY THE UNITED STATES
CONSTITUTION WHERE NOT GIVEN CREDANCE
TO MY DEMAL TO THESE MOTIONS AND P.C.
CODES.

2 OF 4

FOR SUCH BIAS AND INFLAMATORY DEGRADAT
ION OF OUR STATE AND UNITED STATES
CONSTITUTION IN WHICH THEY OUR TO
UPHOLD IN ITS TOTALITY.

UNDER CASE NUMBER O6F10311 YOU WILL
ALSO FIND THAT MY ORIGINAL BOOKING
NUMBER 297121 WAS CHANGED TO HI
-F 1151705 WHICH IS UNCONSTITIONAL UNDER
CRIMINAL LAW 137.

ALSO UNDER CRIMINAL LAW I HAVE THE
RIGHT AS TO WHY THEY'VE DENIED ME
PROPER STATUS (597.1) AND THE REASON
ON DOCUMENT 7812 WHICH PERTAINS
TO REASONS WHY HE WAS DENIED AND THE
EVIDENCE TO HIS (DAVID DE ALBA) DECISION
TO STRIP AWAY MY PROPER STATUS

SINCERELY SUBMITTED
            HIS SERVANT
                WHO IS JESUS CHRIST
                    OF NAZARETH (HAZARETH
        VICTOR G. QUIRZ

THEY FOUND ME INCOMPENT TO STAND
TRIAL UNDER 1370 WHICH ARE FOR PEOPLE
WHO HAVE COURT APPOINTED OR PRIVATE ATT.
ORNEYS IN WHICH I'M IN A PROGRAM
AT NAPA STATE HOSPITAL (FORM MH-576

DUE TO MY PRO SE SUSPENSION THIS SHOULD
OF PUT MY CASE UNDER P.C. 1368.

I WISH THE COURT FOR A CHANGE OF
VENUE UNDER THESE VIOLATION OF MY
CONSTITUTIONAL RIGHTS

I WOULD ASK THIS TO BE IN WOODLAND
CA, SUPERIOR COURT.

           THANK YOU KINDLY
              Victor Davis

P.S. ALSO FOR AN INVESTIGATION ON ONE J.
GRETTA FALLS + J. DAVID DE ALBA

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
Office of the Clerk

Victoria C. Minor                                501 "I" Street                    Divisional Office
Clerk of Court                                Sacramento, CA 95814               2500 Tulare Street
                                                                                  Fresno, CA 93721

**June 15, 2007**

Case Number:    **2:07−CV−01166−GEB−GGH**

Case Title:    **VICTOR G QUIROZ,**              vs.  **STATE OF CALIFORNIA,**

Dear Litigant,

   You are hereby notified that the above case number has been assigned to your action. You are to include the
complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed
processing of your documents.

   All matters in this action shall be sent to the following address until further notice:

                              Office of the Clerk
                        United States District Court
                        Eastern District of California
                        501 "I" Street , Suite 4−200
                          Sacramento, CA 95814

   For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in
particular:

   **Local Rule 5−133**  The court requires an original plus one copy of each document sent for filing. If you desire to receive a
conformed copy for your records, you must send an original and two copies of your document and a pre−addressed
postage−paid envelope for us to return your copy to you.

   **Local Rule 5−135**  Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them
with copies of all documents you submit to the court. A proof of service shall be attached to the original of any
document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is
attached.

   **Local Rule 7−130**  Documents submitted to the court must be legible, on 8−½ " x 11" paper, with writing on one (1) side of
the page only. Each separate document must be stapled at the top left corner and pre−punched with two (2) holes
centered 2−¾" apart, ½" from the top edge of the page. Each page should be numbered consecutively at
the bottom.

   **Local Rule 7−132**  Every document submitted to the court must include your name, address and prisoner identification
number in the upper left hand corner of the first page. The caption on the first page must include the title of this court,
the title of the action, the case number assigned to this action (including all initials and letters that follow the number),
and the title of your document. If you are pursuing more than one action in this court, you must submit a separate
original document and the appropriate number of copies for each action in which you want the document filed.

**Local Rule 6−142**  A request for extension of time must state the reason an extension is needed. A request for extension of time should be filed before the deadline in question.

**Local Rules 30−250, 33−250, 34−250 and 36−250**  Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 83−182**  Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address.

**Other Provisions:**

**Request for Case Status**  The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

**Copy Work**  The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from Attorney's Diversified Service (ADS) by writing to them at: 1424 21st Street, Sacramento, CA 95814, or by phoning 916−441−4396 or 916−441−4466. The court will provide copies of docket sheets at $0.50 per page. **Note: In Forma Pauperis** status does not include the cost of copies.

Victoria C. Minor
Clerk of Court
United States District Court

by: /s/ A. Cayo
Deputy Clerk

The following is a sample Proof of Service.   Pursuant to Rule 5 of the F.R.Cv.P. and Local Rule 5–135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Case Title)
_____
                        Plaintiff or Petitioner

V.                                                        Case Number: 2:99–CV–99999 ABC DFG
                                                          (example case no.)

_____
                        Defendant or Respondent

                                                          **SAMPLE PROOF OF SERVICE**

_____/


    I hereby certify that on _____(Date)_____, I served a copy

of the attached _____(Title of Document Served and Filed)_____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at _____(Location of Mailing)_____;

**(List Name and Address of Each Defendant or Attorney Served)**




I declare under penalty of perjury that the foregoing is true and correct.


                                        _____
                                        (Name of Person Completing Service)

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local
Rule 73–305, the United States Magistrate Judges sitting in Sacramento and Fresno are available
to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive
proceedings in this action, including motions to dismiss, motions for summary judgment, a jury
or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge
is however, permitted only if all parties voluntarily consent. You may, without adverse
substantive consequences, withhold your consent, but this will prevent the court's case
dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United
States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the
same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned
Magistrate Judge will hear all motions except those case dispositive motions set forth in 28
U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate
Judge" is attached hereto for pro per use and attorney information. This form is available in
fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers.
This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's
Office location.

| | |
|---|---|
| Office of the Clerk | Office of the Clerk |
| 501 I Street, Room 4–200 | 2500 Tulare Street , Suite 1501 |
| Sacramento, CA 95814 | Fresno, CA 93721 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**VICTOR G QUIROZ,**

Plaintiff(s)/Petitioner(s),

vs.

CASE NO. **2:07-CV-01166-GEB-GGH**

**STATE OF CALIFORNIA,**

Defendant(s)/Respondents(s).

---

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

☐  **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____    Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

☐  **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____    Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

*If representing more than one party, counsel must indicate name of each party responding.*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

# FILED

JUN 2 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

VICTOR G QUIROZ,
_____

Plaintiff(s)/Petitioner(s),

07-CV-1166 GEB EGH
(PC)

vs.

CASE NO. 2:07-CV-01166-GEB-GGH

STATE OF CALIFORNIA, CASE NUMBER OXOF1031
Defendant(s)/Respondents(s). ALL DECLARANTS OF ABOVE CASE NUMBER

---

**IMPORTANT**
IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF
A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE
SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

---

[X] **CONSENT** TO JURISDICTION OF
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 6-19-07            Signature: _Victor G Quiroz_

Print Name: VICTOR G. QUIROZ
[X] Plaintiff/Petitioner ( ) Defendant/Respondent
[X] Counsel for * _Victor G Quiroz_

---

[ ] **DECLINE** OF JURISDICTION OF
**UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____            Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner ( ) Defendant/Respondent
( ) Counsel for * _____

---

*If representing more than one party, counsel must indicate name of each party responding.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

VICTOR G. EQUIROZ
PLAINTIFF/PETITIONER(S)

CASE NUMBER
207-CV-01166-GEB.
GGH

STATE OF CALIFORNIA
CASE NUMBER OGF/0311
ALL WHO ARE INVOLVED
COLLECTIVELY/INDIVIDUALLY

I HEREBY CERTIFY THAT ON 6-29-2007, I
SERVED A COPY OF THE ATTACHED DOCUMENT
PROOF OF SERVICE
BY PLACING A COPY IN A POSTAGE PAID
ENVELOPE ADDRESSED TO THE PERSON(S)
UNITED STATES DISTRICT COURT OF EASTERN
DISTRICT OF CALIFORNIA VICTORIA C. MINOR
CLERK OF COURT UNITED STATES DISTRICT COURT
AND (S) A A. CAYO DEPUTY CLERK.
HEREIN AFTER LISTED, BY DEPOSITING SAID
ENVELOPE IN THE UNITED STATES MAIL AT
2100 NAPA VALLEJO HWY. NAPA CALIF. 94558-
6293

ALL INFORMATION OF MY COURT DOCUMENTS
CAN BE FOUND ON WWW. COM VGD + VGK

MOTION UNDER VGD
POLICE REPORTS UNDER PAROLE VIOLATION
STATUE OF LIMITATION UNDER VGD SL

SINCERELY SUBMITTED

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK,
501 I STREET, SUITE 4-200
SACRAMENTO CALIFORNIA 95814-2322


PLAINTIFF  VICTOR G. QUIEZ

CASE NUMBER  2:07-CV-116

DEFENDANT  STATE OF CALIFORNIA
OOF10311)

**FILED**

JUN 22 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK


UNDER STATUTORY LAW 558 I HAVE THE
RIGHT TO ASK FOR A DISMISSAL IN THE
INTEREST OF JUSTICE DUE TO UNDUE DELAY
TO HEAR ANY MOTION THAT PERTAINS TO
MY CASE (OOF10311) IF THEIR IS BELIEF
BY ANY COURT JUSTICE OF BIAS OR
DISCRIMINATION,


ON 2-22-07 BEFORE JUDGE DAVID DE
ALBA I ASKED FOR A 1385 MOTION OF
POSSIBLE DISMISSAL OF SAID CHARGES OF
2483(A)


ALSO I ASKED FOR MY OWN EXPERT WITNESS
UNDER 1154 WHICH WAS DENIED EVEN THOUGH

UNDER CRIMINAL LAW 7 I HAVE THE RIGHT
TO CROSS EXAMINE ANY INCONSISTANCY
IN MY COURT PROCEEDINGS. SUCH AS A
SECOND OPINION TO MY INCOMPEANCY.


SINCERELY   SUBMITTED

FILED

JUN 29 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

6-24-2007

Case 2:07-cv-04453-RMW Document 1 Filed 08/28/2007 Page 23 of 35

VICTOR GONZALES QUIROZ
2100 NAPA VALLEJO HWY #D
NAPA, CALIFORNIA 94558-6293

TO WHOM IT MAY CONCERN:     CASE 2:07-CV-116

I AM WRITING THESE FEW LINES BECAUSE
I'M IN FEAR OF MY PERSONAL SAFETY.

ON 2-22-07 I WAS FOUND INCOMPETENT TO
REPRESENT MYSELF IN A COURT OF LAW.
JUDGE DAVID DE ALBA VIOLATED MY CON-
STITUTIONAL WRITE TO A SECOND OPINION
AS TO MY MENTAL STATE UNDER CONSTI-
TUTIONAL LAW §§ 780 AND 1154 STATUTORY
LAW TO HAVE MY OWN EXPERT WITNESSES
TO EVALUATE ME.

IN ORDER TO FIND ME INCOMPETENT I
AUTOMATICALLY AM TOLD THAT I HAVE
THE RIGHT TO AN RECIPICAL HEARING
973.5 TO EVALUATE, CROSS-EXAMINE,
AND HAVE COPIES OF ALL MATERIAL EVID-
ENCE USED TO COME TO SAID CONCLUSION

UNDER SWEENEY V STATE OF CONNECTICUT.
578 3d 671 SWEENEY WAS ALLOWED TO
CROSS-EXAMINE EXPERT WITNESS IN WHOM
USED TELEPATHY AS A DEFENSE TO PROVE

HIS INNOCENTS.

UNDER MY MOTION FOR MEDICAL EVALUATIO
I ASKED FOR EXPERT WITNESSESS FOR 1. TE
EPATHY, 2. CLAIRAVOYANCE, 3. PRECOGNITIO
AND 4. EXTRASENSORY PERCEPTION. NOT A
PSYCHOLOGICAL EVALUATION.

DUE TO THIS MISTAKE IN JUDGEMENT
I HAVE THE RIGHT TO A SECOND OPIN-
ION UNDER PENAL CODE 137 TO AN
IN CAMERA HEARING TO LISTEN TO
JUDGE DAVID DE ALBA REASONING
TO WHY I WASN'SENT BACK TO ONE
JUDGE GRETTA CURTIS FALLS IN
DEPARTMENT #10 TO HAVE MY OTHER
MOTIONS LISTEN TO AND READ FOR THE
RECORD, FOR APPEAL & ERROR PURPOSES.

UNDER PENAL CODE 1007, 1385, AND
STATUTORY LAW 680.3 I ASK FOR
A DISMISSAL IN THE INTEREST OF
JUSTICE FOR VIOLATION OF MY 1ST
5TH, 6TH, 8TH, 14TH, AND UNDER
SEPERATION OF POWER DUE TO THE DIST-
RICT ATTORNEY JANE SCULLY AND

REPRESENTATIVES DUTY TO PROVIDE
ME MY DISCOVERY RIGHTS UNDER
§ 77.1 RIGHT TO DISCOVERY, UNDUE
DELAY.


SINCERELY SUBMITTED

Vector G Drury


P.S.   I'VE ASKED TWICE FOR MY
PERSONAL LEGAL WORK UP FRONT
FROM ONE SOCIAL WORKER LING,
SUPERVISOR, STEPHANY.
I WOULD ASK THE COURT FOR A COURT
ORDER UNDER 798 (CRIMINAL LAW) TO
DEMAND ACCESS TO MY LEGAL MAIL.

ALSO

ALSO I WOULD ASK FOR AN INJUNCTION THAT ALL WHO ARE APART OF THIS CASE TAKE A POLYGRAPH EXAMINATION UNDER STATUTORY LAW 750.3 WHICH STATES IN A CRIMINAL PROCEEDING A DEFENDANT HAS THE RIGHT TO REQUEST THAT EACH PERSON WHO KNOWS HE HAS TELEPATH TO BE POLYGRAPHED.

CASE 06F10311 –
NAPA STATE HOSPITAL EMPLOYEES
SACRAMENTO SHERIFFS ASSOCIATIONS    BEAST QWEST
CALIFORNIA DEPT. OF CORRECTION    COUNTY JAIL.

STOKHOLM SYNDROME = BRAINWASHING.

I BELIEVE THEIR USING MY TELEPATHY TO PROGRAM ME AND TO KEEP ME INCARCERATED.

UNDER P.C. 650 I HAVE ALSO THE RIGHT TO ASK FOR A POLYGRAPH EXAMINATION

I ASK TO BE RELEASED UNTIL I CAN TALK TO A FEDERAL OFFICER F.B.I. PSYCHOLOGIST OR A FORENSIC EXPERT IN TELEPATH CLAIROVOYANCE, PRECOGNITION, E.S.P,

VICTOR GONZALES QUIROZ
NAPA VALLEJO HWY
NAPA, CA 94558-6293

FILED

JUL 02 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK
6-27-2007

(5)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

IN THE MATTER OF THE   )    CASE NUMBER 2:07-CV-1166
CASE NUMBER 06F10311   )
NAME: VICTOR G QUIROZ  )    PETITION FOR WRIT OF
                    )    HABEAS CORPUS CHALLENGING
                        DECISION TO INVOLUNTARY
                        ADMINISTER MEDICATION.

TO THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE COURT CLERK

I

I (VICTOR GONZALES QUIROZ) AM INVOLUNTARILY
ADMINISTERED MEDICATIONS AT NAPA STATE
HOSPITAL. MY TREATMENT PSYCHIATRIST,
DR. KALMAN, M.D. CONTINUES SAID MEDICATION

TO MY OBJECTION.

I ASK FOR AN INJUNCTION OF SAID MEDICATI
UNTIL I CAN HAVE AN RECIPICAL HEARING
IN LIU OF SAID EVIDENCE RELIED UPON
TO ADMINISTER THIS MEDICATION (ZYPREXION)
TO ONE VICTOR G QUIROZ.

I WAS COMMITTED TO THE NADA STATE
HOSPITAL ON APIRDIMATELY 2-22-07
PURSUANT TO SECTION 1370 OF THE PENAL
CODE, I WISH TO EVOKE MY RIGHT TO
REFUSE SAID MEDICATION DUE TO VIOLATION
OF STATUTORY LAW 780 TO LISTEN AND
CROSS-EXAMINE ADVERSIC WITNESS TO CASE
NUMBER 06F10311

ON 6-17-07 JUDGE DE ALBA A SUPERIO
COURT JUDGE OF SACRAMENTO DEPARTMENT
#61 AUTHORICE WITHOUT MY CONSENT TO
A RECIEVE SUCH MEDICATION WITH OUT
MY PERSONAL IMPUT AND SAID TESTIMONY.

WHEREFORE, PETITIONER RESPECTFULLY
PRAYS IN THE NAME OF JESUS CHRIST OF
NAZARETH THAT SAID ABOVE COURT GRANT
THE FOLLOWING UNTIL A RECIPICAL HEARING

CAN BE HELD WITH ALL INVOLVED WITH
CASE NUMBER OGF10311.

1. ORDER NAPA STATE HOSPITAL TO SHOW
CAUSE WHY I SHOULD CONTINUE TO BE
INVOLUNTARILY MEDICATED;

2. APPOINT LEGAL COUNSEL (OR PROPER) STATUS
TO REPRESENT MY INTEREST.

3. GRANT SUCH OTHER RELIEF AS THIS
COURT DEEMS APPROPIATE.

DATED 6-26-2007        PETITIONER

I AM OVER THE AGE OF 18 YEARS AND AM
A PARTICIPANT IN THIS CASE AND DO PUT
INSIDE A UNITED STATE POSTAL OFFICE
A ORIGINAL MOTION CHALLENGING DECISION
TO INVOLUNTEERING SAID PETITIONER TO
MEDICATION.
      SIGNED UNDER PENALTY OF PERJURY AND TRUTH

FILED

JUL 0 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK
~C 7 - 2007

VICTOR GONZALES QUIROZ
NAPA VALLEJO HWY
NAPA, CA 94558-6293

⑧

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

IN THE MATTER OF THE ⟩ CASE NUMBER 2:07-CV-1166
CASE NUMBER 06F10311 ⟩
NAME: VICTOR G QUIROZ⟩ PETITION FOR WRIT OF
                      ⟩ HABEAS CORPUS CHALLENGIN
                        DECISION TO INVOLUNTARY
                        ADMINISTER MEDICATION.

TO THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE COURT CLERK

I

I (VICTOR GONZALES QUIROZ) AM INVOLUNTARI
ADMINISTERED MEDICATIONS AT NAPA STATE
HOSPITAL. MY TREATMENT PSYCHIATRIST,
DR. KALMAN, M.D. CONTINUES SAID MEDICATIO

TO MY OBJECTION.

I ASK FOR AN INJUNCTION OF SAID MEDICATI
UNTIL I CAN HAVE AN RECIPICAL HEARING
IN LIU OF SAID EVIDENCE RELIED UPON
TO ADMINISTER THIS MEDICATION (ZYPREXION)
TO ONE VICTOR G QUIROZ.

I WAS COMMITTED TO THE NADA STATE
HOSPITAL ON APIRAIMATELY 2-22-07
PURSUANT TO SECTION 1370 OF THE PENAL
CODE, I WISH TO EVOKE MY RIGHT TO
REFUSE SAID MEDICATION DUE TO VIOLATION
OF STATUTORY LAW 780 TO LISTEN AND
CROSS-EXAMINE ADVERSE WITNESS TO CASE
NUMBER O6F10311

ON 6-17-07 JUDGE DE ALBA A SUPERIO
COURT JUDGE OF SACRAMENTO DEPARTMEN
#61 AUTHORIZE WITHOUT MY CONSENT TO
A RECIEVE SUCH MEDICATION WITH OUT
MY PERSONAL IMPUT AND SAID TESTIMONY.

WHEREFORE, PETITIONER RESPECTFULLY
PRAYS IN THE NAME OF JESUS CHRIST OF
NAZARETH THAT SAID ABOVE COURT GRANT
THE FOLLOWING UNTIL A RECIPICAL HEARING

CAN BE HELD WITH ALL INVOLVED WITH
CASE NUMBER 06F10311.

1. ORDER NAPA STATE HOSPITAL TO SHOW
CAUSE WHY I SHOULD CONTINUE TO BE
INVOLUNTARILY MEDICATED;

2. APPOINT LEGAL COUNSEL (OR PROPER) STATUS
TO REPRESENT MY INTEREST.

3. GRANT SUCH OTHER RELIEF AS THIS
COURT DEEMS APPROPIATE.

DATED 6-26-2007       PETITIONER

I AM OVER THE AGE OF 18 YEARS AND AM
A PARTICIPENT IN THIS CASE AND DO PUT
INSIDE A UNITED STATE POSTAL OFFICE
A ORIGINAL MOTION CHALLENGING DECISION
TO INVOLUNTEERING SAID PETITIONER TO
MEDICATION.

    SIGNED UND PENALTY OF PERJURY AND TRUTH

VICTOR G. PEREZ
APA VALLEJO AVE
APA CALIFORNIA
.94558

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I STREET, SUITE 4-200
SACRAMENTO, CA 95814-2322

07-01-07

ON-4-26-07 I SAT BEFORE ONE JUDGE GRETTA
CURTIS FALLS WITH FOLLOWING MOTIONS:

1 PENAL CODE 2600 SAFEGUARDING PRISONER RGH
UNITED STATES CONSTITUTIONAL RIGHT

2. DEMUERR FOR FAILURE OF STATE OF CALIFORNIA
TO STATE A PUBLIC OFFENSE.

3. MOTION FOR MEDICAL EXAMINATION.
SPECIFICALLY TELEPATHY, CLAIRVOYANCE, EXTRA-
SENSORY PERCEPTION, AND PRECOGNITION.
( NOT A PSYCHOLOGICAL EVALUATION
AS TO MY COMPETENCE OR MY MENTAL
STATE).

4) MOTION FOR MEDICAL RECORDS

5. 1385 MOTION ON 2-22-07 IN THE INTER-
EST OF JUSTICE

**FILED**

JUL 01 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

TO ASSES ME AS A /370 PATIENTE
JUDGE GRETTA CURTIS FALLS VIOLATED
MY PERSONAL CHARACTER BY FINDING ME
INCOMPETENT TO RATIONALE REPRESENT MYSEL
FIRST BY GOING AGAINST THE MOTION CAPTIONS
SECONDLY, BY ASSIGNING ME CO-COUNSEL WITH
MY KNOWLEDGE. 3RD BY HAVING A SIDEBAR
BETWEEN THE D.A, PUBLIC DEFENDER MR.
STEPHAN W. LEWIS AND HERSELF OUT SIDE MY
PRESENCE. AND FOURTHLY FINDING ME INCOM-
PETENT TO REPRESENT MYSELF IN A COURT
OF LAW BY SIGNING A MOTION OF 1370 TO

MAKE ME SCAPEGOAT TO MISUNDERSTANDING
HER OF MY FORENSIC EXPERTISE MOTION ON RECORD.
AND LAST BUT NOT LEAST BY VIOLATING MY
DUE PROCESS RIGHT TO A FAST AND SPEEDY
TRIAL WHICH I ASKED FOR IN MY MOTION
SAFEGUARDING PRISONER CONSTITUTIONAL
RIGHT GUARANTEED AND SECURED BY THE
UNITED STATES OF AMERICA.

LOOK AT TRANSCRIPT 1-26-07 AND 2-22-07
I SHOULD OF BEEN SENT BACK TO HER COURT
ROOM TO HEAR AND FINISH THE REST OF MY
MOTIONS, BUT INSTEAD I WAS SENT BACK TO
ARRAIGNMENT WITH ONE JUDGE DAVID DE.
ALBA IN COURT ROOM #61

THIS VIOLATION DISREGARDED MY 1 AMENDMENT
TO FREEDOM OF SPEECH TO ADDRESS MY
MOTIONS IN A PROFESSIONAL MANNER AND TO
A RECIPICAL HEARING TO CROSS EXAMINE ALL
EVIDENCE USED AGAINST ME TO PROCLAIM ME
INCOMPETENT TO REPRESENT MYSELF OR TO
THEIR UNDERSTANDING MOTION TO STAND TRIAL
THIS VIOLATION REMAINS AND IN THE FURTHER
ANCE OF JUSTICE SHOULD BE DISMISSED AFTER
THE COURT JUSTICE READS MY EVERY COURT
PROCEEDING TRANSCRIPT OF CASE NUMBER 05F10311.
2 OF 3

UNDER DISCRETIONARY RULE 754.6(A) THRU (C) A JUDGE HAS THE RIGHT TO INTERFER WHEN SOME STATE OR FEDERAL PROCEEDING ARE OVERLOOKED OR ARE SAFE-GUARD BY ANOTHER JUDGES BAD JUDGEMENT.


I VICTOR G. QUIROZ AM 18 YEARS OF AGE AND AM APART OF THIS CASE, DOES PUT INTO A UNITED STATE POSTAL ENVELOPE THESE STATEMENT ACCORDING TO COURT RULE 5-135

    SINCERELY   SUBMITTED

DECLAR UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

*Victor Quiroz* (signature)

CASE No. STATE     CA NO. FEDERAL
VGQ-06F/0311 — 2:07-CV-01166
              3 OF 3