IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR G. QUIROZ, ) | No. C 07-4453 RMW (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| vs. ) | |
| STATE OF CALIFORNIA, ) | |
| Defendant. ) | |

On August 28, 2007, the instant pro se civil rights action was transferred to this court from the Eastern District of California. On that same day, the court sent a notification to plaintiff informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis with an accompanying certificate of funds from his prisoner account and a trust account statement showing transactions for the prior six months. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file a completed application with supporting documentation within thirty days.

As of the date of this order, plaintiff has not filed a completed in forma pauperis application or paid the filing fee.

1  Accordingly, this case is DISMISSED without prejudice for plaintiff's failure to pay the
2  filing fee or file a completed application to proceed in forma pauperis.  The clerk shall
3  terminate any pending motions and close the file.
4      IT IS SO ORDERED.
5  DATED:   10/29/2007              *Ronald M. Whyte*
                                                                RONALD M. WHYTE
6                                                      United States District Judge

1  This is to certify that on ___11/6/2007_____, a copy of this ruling
   was mailed to the following:
2

3  Victor G. Quiroz
   Napa State Hospital
4  2100 Napa-Vallejo Hwy
   Napa, CA  94558-6293
5

Order of Dismissal
P:\pro-se\sj.rmw\cr.07\Quiroz453disifp          3