IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR G. QUIROZ,            )<br>              Plaintiff,              )<br>    vs.                                  )<br>STATE OF CALIFORNIA,   )<br>              Defendant.          )<br>_____) | No. C 07-4453 RMW (PR)<br><br>JUDGMENT |

The court has dismissed the instant pro se civil rights complaint without prejudice for plaintiff's failure to pay the filing fee or file an application to proceed in forma pauperis. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:   10/29/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.07\Quiroz453jud            1

1  This is to certify that on ___11/6/2007_____, a copy of this ruling was mailed to the following:

2

3  Victor G. Quiroz
   Napa State Hospital
4  2100 Napa-Vallejo Hwy
   Napa, CA 94558-6293